# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00439-CV

**Paul Earl Dorsey, Appellant**

**v.**

**The State of Texas et al., Appellee**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-002587, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Paul Earl Dorsey has filed an unopposed motion to dismiss this appeal.

We grant appellant's motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a).

Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Smith

Dismissed on Appellant's Motion

Filed:  November 24, 2021